# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161288(32)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEGGY WILLIAMS,
Petitioner-Appellant,

v

SC: 161288
COA: 351544
Washtenaw CC: 19-000746-AA

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
Respondent-Appellee.
_____/

On order of the Chief Justice, the motion of the University of Michigan Law School Pediatric Advocacy Clinic to file a concurrence to the brief amicus curiae filed by the Legal Services Association of Michigan is GRANTED. The concurrence submitted on September 16, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



Clerk